UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

John Andrews Jr. et al

Plaintiff(s),

***MEDIATION CERTIFICATION***

1:21 - cv - 00746

v.

Town of West Seneca et al

Defendant(s).

_____

I hereby certify that:

☐ The mediation session scheduled for _____ has been adjourned to _____.

☐ Case settled prior to the first mediation session.

✓ Mediation session was held on 10/7/25.

☐ *Case has settled.* (Comment if necessary).

☐ *Case has settled in part.* (Comment below). Mediation will continue on _____.

☐ *Case has settled in part.* (Comment below). Mediation is complete.

☐ *Case has not settled.* Mediation will continue on _____.

✓ *Case has not settled.*

*Date:* 10/07/2025          *Mediator: /S/* MARK GRISANTI

***Additional Comments:***
_____
_____
_____