UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JOHN R. ANDREWS, JR.,

                      Plaintiff,

     v.

TOWN OF WEST SENECA,
DONALD DRISCOLL
JEFFREY COIA,
JAMIE PAPPACENO,
GERALD FIBICH,
ROBERT DEPPELER,

                    Defendants.

_____

|  |  |
|---|---|
| | **DECISION**<br>**and**<br>**ORDER** |
| | **21-CV-746-LJV(F)** |

APPEARANCES:        RUPP PFALZGRAF LLC
                                Attorneys for Plaintiff
                                JONATHAN P. CANTIL,
                                MATTHEW E. GABALSKI,
                                PAUL D. JAGER,
                                YOUNG WOO KIM,
                                R. ANTHONY RUPP, III, of Counsel
                                1600 Liberty Building
                                424 Main Street
                                Buffalo, New York  14202

                                BAKER & SMITH PC
                                Counsel for Defendants
                                ARTHUR J. SMITH, of Counsel
                                125 Jericho Turnpike, Suite 302
                                Jericho, New York  11753

       In a Decision and Order ("D&O"), filed March 26, 2026 (Dkt. 101), the court

granted in part and dismissed in part Plaintiff's motion to compel pursuant to

Fed.R.Civ.P. 37(a)(5)(A) ("Rule 37(a)(5)(A)").  Defendants were given 10 days to

respond to the court's Order To Show Cause ("OTSC") why Plaintiff's expenses,

including reasonable attorneys fees, should not be awarded as required by Rule

37(a)(5)(A). D&O at 5.  Defendants were served with the D&O on March 26, 2026 via CM/ECF.  On April 7, 2026, Plaintiff filed a letter noting that the 10-day period within which Defendant was required to respond to the OTSC has now expired (April 6, 2026) without any response by Defendants and, accordingly, Plaintiff should be awarded Plaintiff's expenses pursuant to Rule 37(a)(5)(A).  ("Plaintiff's April 7, 2026 Letter")  *See* Plaintiff's April 7, 2026 Letter (Dkt. 102).

Failure to respond to an order to show cause why a prevailing party should not be awarded its expenses in connection with a successful motion to compel pursuant to Rule 37(a)(5)(A) by a requested party constitutes a failure to demonstrate such party's failure to provide Plaintiff's requested discovery in accordance with Fed.R.Civ.P. 33 and 34 was substantially justified or that an award would be unjust.  *See Lennon v. Allegiance Accounting Services, LLC*, 2020 WL 13441828, at *1 (W.D.N.Y. Nov. 12, 2020) (citing *Roth v. 2810026 Canada Limited Ltd.*, 2016 WL 5745162, at ** 1-2 (W.D.N.Y. Oct. 4, 2016) (ordering defendant to pay plaintiff's expenses, including reasonable attorneys fees, based on defendant's failure to timely comply with the order to show cause why plaintiff's expenses should not be imposed pursuant to Rule 37(a)(5)(A)).  Accordingly, in light of Defendant's failure to respond to the OTSC, Plaintiff's request for an award pursuant to Rule 37(a)(5)(A) is GRANTED.  Said award shall be paid by Defendants' attorneys given that, as found in the D&O, that the untimeliness of Defendants' responses to Plaintiff's discovery requests was primarily the result of Defendants' counsel's law office failure.  *See* D&O at 3-5 (referencing Defendants' attorney's declaration that Defendants' late responses to Plaintiff's discovery requests was caused by the assigned attorney having left the law firm).

Plaintiff shall file Plaintiff's affidavit of Plaintiff's expenses, including attorneys fees, stating the amount of such expenses together with copies of contemporaneous time and billing records and receipts for any related expenses in support of the amounts of such expenses within 20 days; Defendants' response shall be filed within 10 days; Plaintiff's reply shall be filed within five days; oral argument shall be at the court's discretion.

SO ORDERED.

/s/ *Leslie G. Foschio*

_____
LESLIE G. FOSCHIO
UNITED STATES MAGISTRATE JUDGE

Dates:   April 9, 2026
         Buffalo, New York